IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARDEP KAUR TOOR,

    Plaintiff,                    No. 2:13-cv-0065 GEB CKD

    vs.

JANET NAPOLITANO, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Pursuant to 28 U.S.C. § 455(a), I disqualify myself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        IT IS SO ORDERED.

Dated: March 13, 2013

                                  _____
                                  CAROLYN K. DELANEY
                                  UNITED STATES MAGISTRATE JUDGE

toor0065.rec